**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _6/8/12_

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SOLOMON DANIELS, JR.<br>LA. DOC #127267 | CIVIL ACTION NO. 3:11-cv-2112 |
| VERSUS | SECTION P |
| SECRETARY JAMES LeBLANC,<br>ET AL. | JUDGE ROBERT G. JAMES<br>MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint [Doc. No. 1], his supplemental complaint [Doc. No. 9] and his request for protective order [Doc. No. 9] be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA**, this _8_ day of _June_, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE